UNITED STATES BANKRUPTCY COURT     TF-0014/MK
SOUTHERN DISTRICT OF NEW YORK     April 18, 2024
----------------------------------------------------x     10:00 AM

IN RE:     Case No. 23-11591

HAROLD JERMAINE ROLLEY,     Hon. PHILIP BENTLEY

                    **NOTICE OF MOTION**

                  Debtor.
----------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Philip Bentley, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 18th day of April, 2024 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only. No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 48 hours before the scheduled hearing.**

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   White Plains, New York
         April 1, 2024

                                                            /s/ *Thomas C. Frost*
                                                            THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                            399 KNOLLWOOD ROAD, STE 102
                                                            WHITE PLAINS, NY 10603
                                                            (914)328-6333

```
UNITED STATES BANKRUPTCY COURT            TF-0014/MK
SOUTHERN DISTRICT OF NEW YORK             April 18, 2024
------------------------------------x     10:00 AM
IN RE:                                    Case No: 23-11591

HAROLD JERMAINE ROLLEY,                   Hon. PHILIP BENTLEY

                                          **APPLICATION**
                    Debtor.
------------------------------------x
```

TO THE HONORABLE PHILIP BENTLEY, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on October 4, 2023 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 4 Plan Months, and the monthly Plan payment is currently $855.00.

3. The Debtor does not have regular income and, therefore, does not meet the qualifications to be a Chapter 13 Debtor pursuant to 11 U.S.C. §109(e) as indicated by the filed schedules.

4. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5).

5. The Plan must be amended to address all secured and priority creditors consistent with the amounts listed in the filed claims.

6. The Debtor's Chapter 13 plan proposes a payment that is higher than the disposable income as evidenced by Schedules I and J and clearly demonstrates that the Debtor will not be able to fund payments under the Plan as required by 11 U.S.C. §1325(a)(6).

7. Furthermore, the Debtor has failed to:

    a. submit timely Chapter 13 plan payments to the Trustee as required by 11 U.S.C. §1325(a)(6) and is in arrears, to date, in the amount of $855.00;

    b. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

    c. provide the Trustee with affidavits of contribution for each person contributing to the proposed plan or to payment of expenses of the Debtor's household; and

    d. provide the Trustee with copies of filed 2021 federal tax returns.

8. The Trustee also respectfully requests copies of the 2023 federal and state tax returns and any refunds, if any, once filed with the taxing authorities as required by 11 U.S.C. § 521(f)(1).

9. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

10. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       April 1, 2024

                                              /s/ *Thomas C. Frost*
                                              Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x  Case No: 23-11591
IN RE:

  HAROLD JERMAINE ROLLEY,

**CERTIFICATE OF SERVICE
BY MAIL**

                      Debtor.
------------------------------------------------x

        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

HAROLD JERMAINE ROLLEY
3243 PARKSIDE PL APT 2B
BRONX, NY 10467-4976

WILLIAM Z. KRANSDORF, ESQ.
LEGAL SERVICES NYC
40 WORTH ST, SUITE 606
NEW YORK, NY 10013

KENNETH AMORELLO, ESQ.
SMITH, BUSS & JACOBS, LLP
733 YONKERS AVENUE
STE 200
YONKERS, NY 10704

LINDA ST. PIERRE, ESQ.
MCCALLA RAYMER LEIBERT PIERCE, LLC
50 WESTON STREET
HARTFORD, CT 06120


This April 1, 2024

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 23-11591
Hon. PHILIP BENTLEY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
IN RE:

HAROLD JERMAINE ROLLEY,

        Debtor.

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**