UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                          Case No. 23-11591-pb

Harold Jermaine Rolley,                                         Chapter 13

                               Debtor.                          Hon. Philip Bentley
--------------------------------------------------------X

## ORDER DENYING DEBTOR'S OBJECTION  PURSUANT TO 11 U.S.C. § 502(b) TO CLAIM #1 OF BOARD OF MANAGERS OF PARKSIDE PLACE CONDOMINIUM

Upon the motion, filed March 31, 2025 (the "Motion"), by Debtor Harold Jermaine Rolley ("Debtor"), pursuant to section 508(b) of Title 11 of the United States Code (the "Bankruptcy Code") objecting to the Claim #1-1 (the "Claim") of secured creditor Board of Managers of Parkside Place Condominium ("Creditor"); and upon Creditor's Affirmation in Reply to Objection filed on April 23, 2023; and a hearing being held on the Motion on May 1, 2025, and continued to June 12, 2025 in order to give Debtor an opportunity to submit a Reply to Creditor's opposition to the Motion no later than ten (10) days before the Motion return date and for Creditor to submit a Sur-Reply no later than four (4) days before the return date; and Creditor having filed an Amended Claim #1-2 on May 29, 2025 ("Amended Claim") and the continued hearing on the Motion having been held on June 12, 2025 and attended by counsel for Debtor, Creditor, secured creditor SONYMA, and the Chapter 13 Trustee; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby:

**ORDERED** that the Motion is denied; and it is further

**ORDERED** that the Claim amount of $55,335.83 is approved, and as to the issues of (a) the status of the common charge payment for October 2023, (b) Creditor's attorneys' fees and

1

expenses, and (c) interest on unpaid charges sought in the Claim, the Court finds as follows:

    a. The Condominium By-Laws require payment of common charges on the first of every month, and the common charges due on October 1, 2023 that are included as part of the Claim were due and owing as of that date and constitute a pre-petition charge, notwithstanding that the By-Laws permitted enforcement to recover unpaid charges at a later date;

    b. The Condominium's By-Laws authorize Creditor's recovery of legal fees and expenses, and the legal fees and expenses of $10,368.09 that are a part of the $55,335.63 sought in the Claim are approved;

    c. The Amended Claim seeks $12,497.09 in legal fees and expenses, which is $2,129.00 more than sought in the initial Claim, but otherwise is identical to the initial Claim. The $2,129.00 in legal fees and expenses set forth in the Amended Claim are not before the Court on this Motion and no decision regarding those fees are made in this Order;

    d. The Condominium By-Laws authorize Creditor to collect interest at the rate of 1.5% per month, and the Court finds that the Debtor has presented insufficient evidence that any misunderstanding by Creditor as to the amount owed constitutes a waiver of Creditor's right to recover interest, and finds that the portion of the $55,335.63 that constitutes interest is approved.

**/s/ Philip Bentley**

**Dated: June 18, 2025**
**New York, New York**

_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**