William Z. Kransdorf (WK 9364)
NYC Bankruptcy Assistance Project
at Legal Services NYC
40 Worth Street, Suite 606
New York, NY 10013
Tel: (646) 442-3646 Fax: 646-859-8698
wkransdorf@lsnyc.org

Attorneys for Harold Jermaine Rolley, Debtor

HEARING DATE: September 11, 2025
TIME: 10:00 AM
Appearance by Zoom:
Register at:
https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re:

Harold Jermaine Rolley

    Debtor

------------------------------------------------------------ X

Case No. 23-11591--pb

Chapter 13

# NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO S.D.N.Y. LOCAL RULE 2090-L(E) AND NEW YORK RULES OF PROFESSIONAL CONDUCT RULE 1.16(C)

**PLEASE TAKE NOTICE** that upon the annexed Motion of William Z. Kransdorf, the undersigned will move this Court at the United States Bankruptcy Court located at One Bowling Green, New York, NY 10004-1408, on the 11th day of September, 2025 at 10:00 AM, or as soon thereafter as counsel may be heard for an Order, pursuant to S.D.N.Y. Local Rule 2090-1(e) and New York Rules of Professional Conduct Rule 1.16(c), permitting William Z. Kransdorf and Legal Services NYC, to withdraw as debtor's counsel, and for such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, shall be served upon and received by Movant at the address indicated below and filed with the Court together with proof of such service, no later than one (1) day prior to the return date hereof.

Date and Time of Hearing: September 11, 2025, 10:00 AM
Location: US Bankruptcy Court, Southern District of New York
    Appearance by Zoom:
      Register at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Dated: _____

        By: _____
        William Z. Kransdorf, Esq.
        NYC Bankruptcy Assistance Project
        Legal Services NYC
        40 Worth Street, Suite 606
        New York, NY 10013
        Attorneys for Debtor

William Z. Kransdorf (WK 9364)  
NYC Bankruptcy Assistance Project  
at Legal Services NYC  
40 Worth Street, Suite 606  
New York, NY 10013  
Tel: (646) 442-3646 Fax: 646-859-8698  
wkransdorf@lsnyc.org  

Attorneys for Harold Jermaine Rolley, Debtor

HEARING DATE: September 11, 2025  
TIME: 10:00 AM  
Appearance by Zoom:  
Register at:  
https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In re:

Harold Jermaine Rolley

     Debtor

-------------------------------------------------------------- X

Case No. 23-11591--pb

Chapter 13

**AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO S.D.N.Y. LOCAL RULE 2090-l(e) AND NY RULES OF PROFESSIONAL CONDUCT RULE 1.16(c) WITH POINTS OF LAW TO HONORABLE PHILIP BENTLEY, U. S. BANKRUPTCY JUDGE:**

To the Hon. Philip Bentley, Judge of the Bankruptcy Court:

    William Z. Kransdorf, Esq. of Legal Services NYC (the "Movant" and "counsel"), being an attorney duly authorized to practice law in the State of New York hereby affirms the truth of the following statements and respectfully alleges:

1. On October 4, 2023, Harold Jermaine Rolley, ("Debtor"), and William Z. Kransdorf, of the Legal Services NYC Bankruptcy Assistance Project ("Movant"), executed a Scope of Representation Agreement ("Retainer") for the filing of a Chapter 13 bankruptcy in the Southern District of New York. The agreement specified that Movant would represent

Debtor in all normally occurring actions in the Chapter 13 case, as counsel of record. The Retainer specified that there would be no fee for this representation.

2. Pursuant to that agreement, Movant filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on October 4, 2023.

3. The Movant has guided the debtor through the stages of his Chapter 13 bankruptcy, represented the Debtor in an Objection to a Proof of Claim, and attempted to amend his chapter 13 plan with the Debtor so that it would conform to the Claims that have been filed.

4. Unfortunately, there has been a substantial breakdown in communication between the debtor and his counsel. Although Movant has attempted to remedy this breakdown in communication, it has become clear that overcoming this breakdown cannot be achieved.

5. Due to the parties' communication difficulties and debtor's unwillingness to comply with requests of counsel, counsel seeks to withdraw.

6. It is clear from the breakdown in communication that the Movant cannot continue to represent the debtor, as it has prevented the parties from continuing a proper basis for an attorney/client relationship during the continued pendency of this case to permit the Movant to continue to represent the debtor. On Wednesday, August 6, the Movant advised the debtor that he could not represent the Debtor any further and requested that the Debtor sign a substitution of attorney. Movant is not certain at this point whether Debtor agrees with, or objects to, this motion to withdraw, but Debtor did not sign and return the substitution, whereupon the Movant commenced this action.

7. Pursuant to NY Rules of Professional Conduct Rule 1.16 (c), an attorney may withdraw after receipt of permission by the Court for the following reasons, among others:

    a. the client fails to cooperate in representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively, or;

b. the client knowingly and freely assents to termination of the employment... N.Y. Rules of Professional Conduct Rule 1.16 (c)(7) and (c)(10) (2010).

8. Accordingly, under the facts and circumstances set out herein, the Movant has established sufficient cause for which to be relieved as counsel in this case.

9. The Movant respectfully requests that the requirement to file a memorandum of law in this matter be waived as the matter presents no novel issue of law.

**WHEREFORE,** it is respectfully requested that an Order be entered pursuant to S.D.N.Y. Local Rule 2090-1(e) and NY Rules of Professional Conduct Rule 1.16(c)(7) and 2 (c)(10), permitting the Movant to withdraw as counsel for the Debtor; and that the Movant be granted such other and further relief as to this Court may seem just and proper.

Dated: August 8, 2025

By: /s/ William Z. Kransdorf
William Z. Kransdorf, Esq.
NYC Bankruptcy Assistance Project
Legal Services NYC
40 Worth Street, Suite 606
New York, NY 10013
Attorneys for Debtor