| Fill in this information to identify the case: | | |
|---|---|---|
| **Debtor 1** Harold Jermaine Rolley | | |
| **Debtor 2** (Spouse, if filing) | | |
| United States Bankruptcy Court for the : **Southern** | **District of** | **New York** (State) |
| **Case number** 23-11591-pb | | |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SONYMA

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: XXXXXX4362

**Date of payment change:** Must be at least 21 days after date of this notice — 6/1/2024

**New total payment:** Principal, interest, and escrow, if any — $1,134.86

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 90.54     **New escrow payment:** $ 65.91

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** %     **New interest rate:** %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Linda St. Pierre      Date   04/26/2024
     Signature

Print:   Linda     St. Pierre     Title   Authorized Agent for Creditor
     First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
     Number    Street
     Roswell     GA     30076
     City     State     ZIP Code

Contact phone    860-240-9156      Email   Linda.St.Pierre@mccalla.com

|  | Bankruptcy Case No.: 23-11591-pb |
|---|---|
| In Re: | Chapter: 13 |
| Harold Jermaine Rolley | Judge: Philip Bentley |

## CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE to be filed and served in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Harold Jermaine Rolley
3243 Parkside Pl Apt 2B
Bronx, NY 10467-4976

| | |
|---|---|
| William Z. Kransdorf<br>Legal Services NYC<br>40 Worth Street<br>Suite 606<br>New York, NY 10013 | *(Served via ECF at wkransdorf@ls-nyc.org)* |
| Thomas C. Frost, Trustee<br>Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | *(Served via ECF at info@FrostSDNY13.com)* |
| United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | *(Served via ECF Notification)* |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 04/30/2024    By: /s/Linda St. Pierre
           (date)                        Linda St. Pierre
                                        Authorized Agent for Creditor



P.O. Box 619063, Dallas, TX 75261-9063
DO NOT SEND MAIL TO THIS ADDRESS.

HAROLD ROLLEY
3243 PARKSIDE PL UNIT 2B
BRONX NY 10467

# Annual Escrow Account Disclosure Statement

Page 1 of 4
HAROLD ROLLEY

**Please review – important information regarding your escrow account.**

**Loan Number**

**Property Address:**
3243 Parkside Place 2B
Bronx, NY 10467

**Statement Date:** 04/16/2024

**New Payment Effective Date:** 06/01/2024

Dear **Harold Rolley,**

Your relationship is important to us and we appreciate the opportunity to service your home financing needs. This statement provides details on your escrow account history, as well as our projections for your property tax and homeowner's insurance obligations for the next 12 months.

Based on our review, there is a surplus of funds in your escrow account, which was caused by changes in your taxes, insurance or escrow deposits. Once your payments are up to date, please contact us to request a refund of the excess funds. **Your mortgage payment is changing — please see details below.**

## YOUR NEW PAYMENT

| Payment Information | Current Monthly Payment | Your New Monthly Payment beginning on 06/01/2024 |
|---|---|---|
| Principal & Interest: | $1,068.95 | $1,068.95 |
| Escrow Payment: | $90.54 | $65.91 |
| **Total Payment:** | **$1,159.49** | **$1,134.86** |

To help you better understand your statement, as well as escrow accounts in general, please review the enclosed "Helpful Information" page or visit mtb.com/escrow-faqs. If you have any other questions, please call us at 1-800-411-7627, Monday-Friday, 8:30am-9:00pm ET, or write to us at M&T Bank, P.O. Box 1288, Buffalo, NY 14240.

Thank you for being our customer. We take great pride in being your mortgage partner.

**Quick and easy payment options:**   ONLINE at mtb.com  |   CALL 1-800-411-7627  |   STOP BY any M&T branch

## TO REQUEST YOUR ESCROW REFUND

Once your payments are up to date, please contact us for a refund of the excess funds in your account:

- Message us by logging in to your online banking account, click the "Settings and Support" tab and select "Send a Secure Message"
- Call us at 1-800-411-7627
- Stop by any branch



## YOUR ACCOUNT HISTORY

Below are the previous escrow projections (including anticipated escrow activity that may occur before your New Payment Effective Date listed on page 1) and the actual escrow activity to date. Comparing the two can determine where a difference may have occurred.

### Activity Summary

| Month & Year | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $216.70 | $47.25 |
| Nov 2023 | $90.54 | $98.19 * | Mtg Ins PMI | $42.84 | $42.84 | $264.40 | $102.60 |
| Dec 2023 | $90.54 | $90.87 * | Mtg Ins PMI | $42.84 | $42.84 | $312.10 | $150.63 |
| Dec 2023 | | | City/Village | $59.60 | $57.30 * | $252.50 | $93.33 |
| Jan 2024 | $90.54 | $90.54 | Mtg Ins PMI | $42.84 | $42.84 | $300.20 | $141.03 |
| Feb 2024 | $90.54 | $181.08 * | Mtg Ins PMI | $42.84 | $42.84 | $347.90 | $279.27 |
| Feb 2024 | | | Insurance | $336.00 | * | $11.90 | $279.27 |
| Feb 2024 | | | Insurance | | $45.00 * | $11.90 | $234.27 |
| Mar 2024 | $90.54 | $91.28 * | Mtg Ins PMI | $42.84 | $42.84 | $59.60 | $282.71 |
| Mar 2024 | | | City/Village | $59.60 | $57.30 * | $0.00 | $225.41 |
| Apr 2024 | $90.54 | $90.54 | Mtg Ins PMI | $42.84 | $42.84 | $47.70 | $273.11 |
| Apr 2024 | | | Insurance | | $45.00 * | $47.70 | $228.11 |
| May 2024 | $90.54 | $90.54 | Mtg Ins PMI | $42.84 | $42.84 | $95.40 | $275.81 |

**The total amount of escrow payments received during this period was $733.04 and the total escrow disbursements were $504.48.
Over this period, $1.07 was deposited into your escrow account for interest on escrow.**

*Indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.

Each year we will project escrow account activity for the next twelve months based upon the best information available. However, these will only be estimates, and even slight differences can affect the preciseness of our projected escrow activity.

M&T Bank is required to provide the following information regarding your escrow account.

(1) We are obligated to make all property tax and insurance (if applicable) payments in a timely manner and we are responsible for any penalties or interest for bills not paid on time.
(2) We are obligated to collect 1/12th of taxes and insurance (if applicable) as a monthly escrow payment, unless there is a surplus or shortage on the account, in which case a greater or lesser amount may be required.
(3) We must deposit the escrow funds in a banking institution whose deposits are insured by a federal agency.
(4) We cannot charge any fees for maintenance of the account, including our providing an annual escrow analysis statement for the preceding 12-month period.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.



## PROJECTED ESCROW PAYMENTS OVER THE NEXT 12 MONTHS

### Anticipated Annual Disbursements

| | |
|---|---|
| Mortgage Ins: | $514.08 |
| City Tax: | $231.80 |
| Insurance: | $45.00 |
| Total: | $790.88 |

As allowed by federal law (RESPA), our projections include an escrow reserve (or cushion) equal to two monthly escrow payments (excluding MIP/PMI), unless state law specifies a lower amount.

### Projected Escrow Balance Summary

M&T Bank expects to pay $790.88 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total taxes and insurance: | $790.88 |
| Divided by 12 monthly payments: | $65.91 |
| **New Monthly Escrow Payment:** | **$65.91** |

### Anticipated Activity Summary

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next 12 months, which was used to calculate your payment above.

| Month & Year | Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based on Current Balance | Projection Based on Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $275.81 | $46.10 |
| Jun 2024 | $65.91 | $42.84 | Mtg Ins PMI | $298.88 | $69.17 |
| Jun 2024 | | $58.60 | City/Village | $240.28 | $10.57 |
| Jul 2024 | $65.91 | $42.84 | Mtg Ins PMI | $263.35 | $33.64 |
| Aug 2024 | $65.91 | $42.84 | Mtg Ins PMI | $286.42 | $56.71 |
| Sep 2024 | $65.91 | $42.84 | Mtg Ins PMI | $309.49 | $79.78 |
| Sep 2024 | | $58.60 | City/Village | $250.89 | $21.18 |
| Oct 2024 | $65.91 | $42.84 | Mtg Ins PMI | $273.96 | $44.25 |
| Nov 2024 | $65.91 | $42.84 | Mtg Ins PMI | $297.03 | $67.32 |
| Dec 2024 | $65.91 | $42.84 | Mtg Ins PMI | $320.10 | $90.39 |
| Dec 2024 | | $57.30 | City/Village | $262.80 | $33.09 |
| Jan 2025 | $65.91 | $42.84 | Mtg Ins PMI | $285.87 | $56.16 |
| Feb 2025 | $65.91 | $42.84 | Mtg Ins PMI | $308.94 | $79.23 |
| Feb 2025 | | $45.00 | Insurance | $263.94 | $34.23 |
| Mar 2025 | $65.91 | $42.84 | Mtg Ins PMI | $287.01 | $57.30 |
| **Mar 2025** | | **$57.30** | **City/Village** | **$229.71** | **$0.00** |
| Apr 2025 | $65.91 | $42.84 | Mtg Ins PMI | $252.78 | $23.07 |
| May 2025 | $65.91 | $42.84 | Mtg Ins PMI | $275.85 | $46.14 |

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements:**

| | |
|---|---|
| Projected Beginning Balance | $275.81 |
| - Required Minimum Balance | $46.10 |
| **Surplus Amount** | **$300.97** |

Your lowest monthly escrow balance for the next 12 months should reach $0.00, which equals a total of zero months' escrow payments. To reach this balance, your required escrow amount after your May 2024 payment should be $46.10, whereas your actual escrow balance is $275.81. The difference, $300.97, represents an escrow surplus. This amount will be refunded to you under separate cover within the next few weeks ONLY if your payments are up-to-date as of the date of the analysis. If your payments are not up-to-date at the time of analysis, you are entitled to have the available surplus refunded to you when you account is current. At that time, please send your written request to M&T Bank, ATTN: Escrow Department P.O. Box 1288, Buffalo, NY 14240-1288

**This has been adjusted for the bankruptcy proof of claim.

REPRESENTATION OF PRINTED DOCUMENT



**Borrower Paid Private Mortgage Insurance:** Your mortgage loan requires borrower paid private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence, you have the right to request that PMI be cancelled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or (2) the date the principal balance actually reaches 80% of the original value of the property. PMI will only be cancelled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive, if requested and at your expense, evidence that the value of the property has not declined below its original value. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date.

**If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home:** The conditions for canceling mortgage insurance for mortgages closed before July 29, 1999 are not statutory under federal law, they may be changed at any time (unless otherwise required by state law). Under some circumstances, you may be able to cancel PMI, either with the consent of the lender or in accordance with state law.

**To determine if you can cancel the PMI on your loan or for further information about PMI cancellation, contact us at P.O. Box 1288, Buffalo, NY 14240 or call 1-800-411-7627.**

Equal Housing Lender. ©2022 M&T Bank. Member FDIC. NMLS #381076. AMP 31 **ESC-ST** 220228 VF **mtb.com**

INTERNET REPRINT

# Helpful information about your mortgage escrow disclosure statement.

To help you better understand your statement, as well as escrow accounts in general, answers to some of the most frequently asked questions are listed below.

**Q Why am I getting this statement?**

**A** Mortgage lenders are required by regulations to perform an annual review of your account and provide a hard copy statement for your records.

**Q How does an escrow account work?**

**A** A mortgage escrow account allows you to pay ongoing property tax and homeowner's insurance costs within your monthly mortgage payments. These additional funds accumulate in your escrow account, managed by M&T, and we pay property taxes, homeowner's insurance and any mortgage insurance on your behalf when they are due.

**Q How is my escrow payment determined?**

**A** To determine the appropriate funds are collected for the escrow portion of your payment, we use the following calculation:

*12 months of anticipated escrow payments, accounting for any existing escrow balance*
+ *escrow reserve*
÷ *12*
= *monthly escrow payment*

The escrow reserve (or escrow cushion) is the amount of money collected to cover any unanticipated increases in your real estate tax or insurance premium payment. It acts as a buffer and helps to prevent your escrow account from being overdrawn. An escrow reserve exists on your account unless your mortgage documents or state law applies and is generally a two-month escrow payment.

**Q What causes escrow payments to change from year to year?**

**A** Your escrow payment may increase for several reasons. The most common reasons are:

- Increases in your property taxes, insurance premiums, or your property's tax assessment
- Changes in your insurance carrier or your tax due date
- Fewer deposits to escrow than expected

Even though taxes or insurance may go down from the previous year, it doesn't mean escrow payments will also decrease. Analysis calculations for tax and/or insurance are based on last amount(s) paid, or where applicable, from the prior servicer or from closing documents. If you have received more recently updated information from your tax assessor, please forward it to eta@mtb.com.

**TIP:** Municipalities offer a few common tax exemptions for disability, homestead, senior and veteran status. Check with your local tax office to see if you are eligible for these, or any other exemptions.

**Q If there is an escrow shortage, what do I need to do?**

**A** You are not required to pay the escrow shortage in full.

If you do not want to submit the full shortage amount, the escrow shortage will be spread equally over 12 months of payments and your new payment will be higher for the coming year.

If you choose to submit the full shortage amount (partial payments are not permitted), you have two payment options:

- **Online:** Log in to your M&T Online or Mobile Banking account, select your mortgage account and click the "View My Mortgage Info" button. At the top left of the next screen, select "Make A Payment." Your mortgage loan must be current to use this option.

- **By Mail:** Send a check, made payable to M&T Bank with "escrow shortage payment" and the loan number noted on the memo line, to: M&T Bank, Escrow Department, P.O. Box 64787, Baltimore, MD 21264-4787. If you are paying your escrow shortage, the funds will be applied immediately, however your mortgage statement may not reflect changes until the analysis effective date.

**PLEASE NOTE:** Paying the full shortage amount will adjust your account resulting in the smallest possible increase in your monthly mortgage payment amount. It's important to keep in mind that any increase in your real estate tax amounts and/or insurance premium(s) may cause your payment amount to change even if you pay your shortage amount.

**Q Why do I have an escrow overage (surplus of funds) in my account?**

**A** An overage occurs if the current funds and future payments to your escrow account are estimated to exceed the anticipated tax and insurance payments for the next 12 months (escrow analysis period). An overage may occur if taxes or insurance premiums were lower than estimated. When the escrow analysis is completed, the overage amount may be sent to you as a refund check. If the surplus is less than $50, it will be credited to your payment.

## Have additional questions? We're here to help.

Go to **mtb.com/escrow-faqs** for answers to other frequently asked questions.
Or call us at **1-800-411-7627** Monday – Friday, 8:30am – 9pm ET.

We appreciate your business. Thank you for giving us the opportunity to serve your financial needs.



Equal Housing Lender. ©2022 M&T Bank. Member FDIC. NMLS #381076. AMP-31 ESC 220228 VF **mtb.com**